IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ORIN KRISTICH,**

    **Plaintiff,**

v.                                                         No. CV 15-1147 JB/LAM

**METROPOLITAN DETENTION CENTER,**

    **Defendant.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*) on December 16, 2015.  The Court has determined that Plaintiff's filing is deficient as described in this order.  Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I.  Filing Fee:**

     _X_     filing fee has not been received ($400 civil/administrative)

**II.  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    _X_    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    other _____

**III.  Complaint, Petition or Application:**

(1)    ___    is missing
(2)    ___    is not on proper form (must use our form Rev. 5/96)
(3)    ___    is missing an original signature by the prisoner
(4)    ___    is missing page nos. ___
(5)    _X_    other:  IFP Motion and Initial Financial Certificate

Papers filed in response to this order must include the civil action number (CV 15-1147 JB/LAM) of this case.  Failure to cure the designated deficiencies **within thirty (30) days from the date of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs, Financial Certificate, and a form § 1983 complaint with instructions.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**